IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ESTATE OF MARC DOUGLASS DUNCAN and ROBERT J. DUNCAN, Executor and Father of the Deceased**,<br><br>Plaintiffs,<br><br>v.<br><br>**WALLOWA COUNTY SHERIFF'S DEPARTMENT**, a County law enforcement agency; **WALLOWA COUNTY DISTRICT ATTORNEY'S OFFICE**, a County government agency; **OREGON DEPARTMENT OF HUMAN SERVICES**, a government agency; **OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES**, a government agency; **SHELLEY A. GOODMAN, mother of the deceased, in her individual capacity; JANE AND JOHN DOES 1–13, in their individual and/or official capacities; LEIGH BEDNAR, in her individual capacity; THERESA FISHER, in her individual capacity; MANDY DECKER, in her individual capacity; and WALLOWA COUNTY YOUTH SERVICES**, a county government agency,<br><br>Defendants. | Case No. 2:19-cv-02017-SU<br><br>**JUDGMENT** |

Based on the Court's Order, ECF 58, adopting Judge Sullivan's Findings and Recommendation, ECF 56, IT IS ORDERED AND ADJUDGED that all claims not previously dismissed with prejudice in this Court's November 19, 2020, Order, ECF 54, are DISMISSED without prejudice and without further leave to amend.

DATED this 28th day of January, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – JUDGMENT